IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mhoon-Jones, Tyra R | Case Number: 04 B 01967 |
|---|---|---|
|  |  | Judge: Hollis, Pamela S |
|  | Printed: 5/27/08 | Filed: 1/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: March 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 140,996.19 |  |
| Secured: |  | 123,630.23 |
| Unsecured: |  | 8,174.75 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,714.40 |
| Trustee Fee: |  | 7,476.81 |
| Other Funds: |  | 0.00 |
| Totals: | 140,996.19 | 140,996.19 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,714.40 | 1,714.40 |
| 2. | Community Investment Corp. | Secured | 64,767.41 | 64,767.41 |
| 3. | City Of Chicago | Secured | 29,281.01 | 29,281.01 |
| 4. | City Of Chicago | Secured | 26,789.00 | 26,789.00 |
| 5. | Community Investment Corp. | Secured | 2,792.81 | 2,792.81 |
| 6. | Capital One | Unsecured | 134.04 | 403.38 |
| 7. | Resurgent Capital Services | Unsecured | 1,053.05 | 3,169.23 |
| 8. | Resurgent Capital Services | Unsecured | 1,425.65 | 4,290.65 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 103.48 | 311.49 |
| 10. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 12. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 13. | First USA | Unsecured |  | No Claim Filed |
| 14. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
| 15. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 16. | National Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 128,060.85 | $ 133,519.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 794.38 |
| 4% | 453.26 |
| 6.5% | 1,442.83 |
| 3% | 74.01 |
| 5.5% | 646.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mhoon-Jones, Tyra R | Case Number:  04 B 01967 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/27/08 | Filed:  1/20/04 |

```
                          5%           1,829.93
                        4.8%             883.88
                        5.4%           1,352.45
                                     _____
                                    $ 7,476.81
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

